**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 94-12-DLB-EBA
CIVIL ACTION NO. 20-152-DLB-EBA**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

**v.**           <u>**ORDER ADOPTING RECOMMENDED DISPOSITION**</u>

**ROBERT KENNETH BRINSON**                                         **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the December 29, 2020 Recommended Disposition of United States Magistrate Judge Edward B. Atkins (Doc. # 63), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 60) be transferred to the United States Court of Appeals for the Sixth Circuit as a "second and successive" petition under § 2255(h). No objections having been filed, and the time to do so having now expired, the Recommended Disposition is ripe for the Court's consideration. The Court having reviewed the Recommended Disposition, concludes that it is sound in all respects and agrees that the transfer Defendant's § 2255 Motion to the Sixth Circuit is appropriate.

In addition, on March 8, 2021, the Court received from Defendant Brinson a "Memorandum for Legal Assistance," which the Court construes as a Motion to Appoint Counsel to assist with his § 2255 Motion. (Doc. # 64). As there is no constitutional right to counsel in collateral proceedings, *see Brown v. United States*, 20 F. App'x 373, 374

(6th Cir. 2001), and in light of the instant Order transferring Defendant's § 2255 Motion, Defendant's request for counsel is denied. Accordingly,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Recommended Disposition (Doc. # 63) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)   Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 60) is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit in accordance with 28 U.S.C. § 2255(h), 28 U.S.C. § 2255(a), and Rule 9 of the Rules Governing Section 2255 Proceedings; and

(3)   Defendant's construed Motion to Appoint Counsel (Doc. # 64) is **DENIED**.

This 9th day of March, 2021.

Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Ashland Criminal\Earlier Years\94-12 Order Adopting R&R.docx